MICHAEL BAILEY
United States Attorney
District of Arizona
Anthony W. Church
Assistant United States Attorney
Arizona State Bar No. 021025
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: anthony.church@usdoj.gov
Attorneys for Plaintiff



FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR-20-00233-PHX-DWL **(MHB)** |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1-8 |
| Luis Alberto Vazquez Rodriguez, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about August 17, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Walther 1911-22 Government, .22, pistol, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about August 23, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Walther 1911, .22, pistol, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about August 27, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Sprague's Sports, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Colt AR-15, M4, 5.56, rifle, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about September 6, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and

representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Walther 1911-Rail, .22, pistol, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about September 11, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Colt 2E6920-OEMI, 5.56, rifle, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about September 23, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the

- 3 -

records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Glock G17GEN5, 9 mm, pistol and one Colt Walther M40PS, .22, rifle, and was not buying the firearms on behalf of another person, whereas in truth and fact, he knew he was buying the firearms on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about September 27, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Glock G17 GEN 5, 9 mm, pistol, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 8

On or about October 4, 2019, in the District of Arizona, Defendant, LUIS ALBERTO VAZQUEZ RODRIGUEZ knowingly made false statements and representations to Jones and Jones, located in Somerton, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones and Jones, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of one Glock G17 GEN 5, 9 mm, pistol, and was not

- 4 -

buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/
_____
FOREPERSON OF THE GRAND JURY
Date: March 10, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

s/
_____
ANTHONY W. CHURCH
Assistant U.S. Attorney

- 5 -